ACCEPTED
15-25-00045-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/6/2025 9:08 AM
CHRISTOPHER A. PRINE
CLERK

Date: October 3, 2025

To: Fifteenth Court of Appeals

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/6/2025 9:08:26 AM
CHRISTOPHER A. PRINE
Clerk

**Re: Case No.15-25-00045-CV**

Appeal of Final Orders in Suit Affecting the Parent-Child Relationship

**Original case no. DF-24-07441**

Appellant's Response to Notice Regarding Reporter's Record and Request for Extension

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant, Nanyamka Sims,

I am the appellant in this matter. I recently received notice stating that I have not made payment arrangements for the reporter's record. However, I have not received prior notification or a formal request regarding payment for the reporter's record or filing fee. To date, I have only received notice concerning the clerk's record.

This confusion may be due to the case moving through different courts. I was previously notified that I had not paid the appellate filing fee and the clerk's record fee, which I later corrected. That delay—caused by miscommunication and lack of notice—resulted in several months of procedural setbacks.

I respectfully request documentation showing when and how notice of these payment requirements was delivered, including any correspondence related to the reporter's record. If allowed, I also request that a new notice be issued and that it reflect any errors in initial service or contact information.

Once I receive proper notification and proof of the request for the reporter's record, I will promptly make payment arrangements. I also respectfully request an extension of the appellate brief deadline beyond October 27, 2025, as I have yet to receive a copy of the clerk's record—despite having paid for it months ago—and will need time to thoroughly review the reporter's record once obtained.

As a self-represented party, I've worked diligently to follow the Court's procedures and timelines. I remain committed to ensuring the record is complete and accurate so that all relevant issues may be fairly considered. I appreciate the Court's time and attention to these matters and respectfully ask for the opportunity to resolve them in good faith and with clarity.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant requests.

Respectfully submitted,
Nanyamka Sims
Appellant, Pro Se
Dallasccfiles@gmail.com
October 3, 2025